AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tatel, David S. | U.S. Court of Appeals, DC Cir. | 05/02/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/02/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self-Employed (education consultant) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Northwestern University, Chicago, IL | 2/29/12-3/3/12 | Chicago | Participate in Moot Court Program | Airfare, Hotel, Meals, Local Transportation, Telephone |
| 2. | ABA Section of Labor and Employment Law, Chicago, IL | 3/21/12-3/24/12 | San Francisco, CA | Speak at conference | Airfare, Hotel, Rental Car, Meals, Local Transportation |
| 3. | The National Academies, Washington, D.C. | 3/26/12-3/27/12 | Washington, D.C. | Committee Meetings | Local Transporation |
| 4. | The National Academies, Washington, D.C. | 10/22/10-10/23/12 | Washington, D.C. | Committee Meetings | Local Transportation |
| 5. | Spencer Foundation, Chicago, IL | 10/23/12-10/25/12 | Chicago, IL | Board Meeting | Airfare, Meals, Local Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/02/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One Bank- checking acct | A | Interest | K | T | | | | | |
| 2. ING Bank-savings acct(s) (Note 1) | | None | | | Closed | 1/1/12 | J | | |
| 3. ING Bank-checking acct. (Note 1) | | None | | | Closed | 1/1/12 | J | | |
| 4. Starbucks Corp. | B | Dividend | L | T | | | | | |
| 5. Standard & Poors Midcap 400 | B | Dividend | M | T | | | | | |
| 6. Federal Realty Investment Trust | B | Dividend | L | T | | | | | |
| 7. Avalonbay Communities | B | Dividend | L | T | | | | | |
| 8. Suncor Energy Inc. | A | Dividend | K | T | Sold (part) | 12/18/12 | J | B | |
| 9. -See Line 8 | | | | | Sold (part) | 12/19/12 | J | B | |
| 10. -See Line 8 | | | | | Sold (part) | 12/20/12 | J | A | |
| 11. Newport News, VA 5% due 11/1/15 | B | Interest | L | T | | | | | |
| 12. Wisconsin St 4.75% due 5/1/25 | B | Interest | L | T | | | | | |
| 13. Spring, TX Indpt Sch 5% due 8/15/33 | B | Interest | K | T | | | | | |
| 14. Cenovus Energy Inc. | | None | | | Sold | 1/18/12 | J | C | |
| 15. Schwab Advisors Cash Reserves Premier Fund | A | Dividend | J | T | | | | | |
| 16. DFA Emerging Markets Core Equity Portfolio | A | Dividend | J | T | | | | | |
| 17. DFA Emerging Markets Value Portfolio | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DFA International Small Cap Value Portfolio | A | Dividend | J | T | | | | | |
| 19. DFA T.A. U.S. Core Equity 2 Portfolio | A | Dividend | J | T | | | | | |
| 20. Simplified Employee Pension Plan (SEP-IRA) | C | Int./Div. | M | T | | | | | |
| 21. --Schwab Advisors Cash Reserve Premier Fund | | | | | | | | | |
| 22. --DFA Actively Hedged Global Fixed Income Portfolio | | | | | Buy (add'l) | 12/24/12 | J | | |
| 23. --DFA International Core Equity Portfolio | | | | | | | | | |
| 24. Individual Retirement Account | F | Int./Div. | P1 | T | | | | | |
| 25. --U.S. Treasury TIPS 2% due 1/15/26 | | | | | | | | | |
| 26. --Vanguard S/T Investment Grade Fd | | | | | Buy (add'l) | 2/9/12 | L | | |
| 27. --See Line 26 | | | | | Buy (add'l) | 5/21/12 | M | | |
| 28. --Vanguard Inter Term Corporate Bond Fd | | | | | | | | | |
| 29. --FHLB V-A 2% due 5/18/16 | | | | | Sold | 5/18/12 | M | A | |
| 30. --Fifth Third Bank CD .35% due 2/2/12 | | | | | Matured | 2/2/12 | M | A | |
| 31. --DFA Five Year Global Fixed Income Portfolio | | | | | Buy (add'l) | 1/18/12 | L | | |
| 32. --DFA Short Term Extended Quality Portfolio Instl | | | | | | | | | |
| 33. --DFA Short Term Government Portfolio | | | | | Buy (add'l) | 2/3/12 | L | | |
| 34. --See Line 33 | | | | | Sold (part) | 12/18/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --DFA Selectively Hedged Global Fixed Income Portfolio | | | | | Buy (add'l) | 1/10/12 | K | | |
| 36. --PIMCO Emerging Local Bond Fund | | | | | | | | | |
| 37. --DFA Emerging Markets Core Equity Portfolio | | | | | | | | | |
| 38. --DFA Emerging Markets Small Cap Portfolio | | | | | | | | | |
| 39. --DFA International Core Equity Portfolio | | | | | Buy (add'l) | 1/5/12 | K | | |
| 40. --DFA International Small Cap Value Portfolio | | | | | | | | | |
| 41. --DFA U.S. Core Equity 2 Portfolio | | | | | | | | | |
| 42. --DFA U.S. Small Cap Value Portfolio | | | | | | | | | |
| 43. --DFA U.S. Micro Cap Portfolio | | | | | | | | | |
| 44. --DFA Emerging Markets Value Portfolio | | | | | Buy | 1/9/12 | K | | |
| 45. --Schwab Advisors Cash Reserve Premier Fund | | | | | | | | | |
| 46. Life Insurance- Massachusetts Mutual Life Insurance | D | Int./Div. | M | T | | | | | |
| 47. Rental property, Rappahannock County, VA (8/2/96 $86,600) | D | Rent | L | R | | | | | |
| 48. Maryland College Investment Plan (no control) (Note 2) | | None | L | T | Buy (add'l) | 12/25/12 | J | | |
| 49. --See Line 48 | | | | | Distributed (part) | 02/03/12 | J | B | |
| 50. --See Line 48 | | None | J | T | Buy (add'l) | 12/25/12 | J | | |
| 51. --See Line 48 | | | | | Distributed (part) | 02/03/12 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --See Line 48 | | None | J | T | Buy (add'l) | 12/25/12 | J | | |
| 53. --See Line 48 | | | | | Distributed (part) | 02/03/12 | J | B | |
| 54. --See Line 48 | | None | J | T | Buy (add'l) | 12/25/12 | J | | |
| 55. --See Line 48 | | | | | Distributed (part) | 02/03/12 | J | B | |
| 56. --See Line 48 | | None | J | T | Buy (add'l) | 12/25/12 | J | | |
| 57. --See Line 48 | | | | | Distributed (part) | 02/03/12 | K | C | |
| 58. --See Line 48 | | None | J | T | Buy (add'l) | 12/25/12 | J | | |
| 59. --See Line 48 | | | | | Distributed (part) | 02/03/12 | J | A | |
| 60. --See Line 48 | | None | J | T | Buy (add'l) | 12/25/12 | J | | |
| 61. --See Line 48 | | None | J | T | Buy | 12/25/12 | J | | |
| 62. USAA checking & savings accounts | | None | J | T | | | | | |
| 63. Nevada College Savings Plan (no control) (Note 2) | | None | J | T | Buy | 02/03/12 | J | | |
| 64. --See Line 63 | | None | J | T | Buy | 02/03/12 | J | | |
| 65. --See Line 63 | | None | J | T | Buy | 02/03/12 | J | | |
| 66. --See Line 63 | | None | J | T | Buy | 02/03/12 | J | | |
| 67. --See Line 63 | | None | K | T | Buy | 02/03/12 | K | | |
| 68. --See Line 63 | | None | J | T | Buy | 02/03/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/02/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investements and Trusts

Note 1- ING Bank was acquired by Capital One Bank. Accounts were closed.

Note 2- Filer made contributions to 8 Maryland College Savings Plan accounts. He also rolled over a portion of 6 of these accounts to new accounts established with the Nevada College Savings Plan.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David S. Tatel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544